STATE v. HOOKER

No. 516P01

Case below: 145 N.C. App. 504

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

STATE v. JOHNSON

No. 233P01

Case below: 143 N.C. App. 186

Petition by Attorney General for writ of supersedeas denied 8 November 2001. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001. Temporary stay dissolved 8 November 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 8 November 2001.

STATE v. LeGRANDE

No. 462A01-5

Case below: Stanly County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Stanly County, denied 8 November 2001.

STATE v. NOLEN

No. 391P01

Case below: 144 N.C. App. 172

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 November 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

STATE v. OLLIS

No. 582P01

Case below: 146 N.C. App. 111

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 November 2001.